UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERCEPT MEDIA, INC.,

                 Plaintiff,

    -against-

UNITED STATES AIR FORCE,
UNITEDSTATES DEPARTMENT OF
STATE, UNITED STATES DEPARTMENT
OFTHE TREASURY, and UNITED STATES
NAVY,

              Defendants.

24-CV-601 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      This case arises under the Freedom of Information Act, Title 5, United States Code, Section 552. IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) indicating whether there is any need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated:  January 31, 2024
       New York, New York

                    SO ORDERED.

                    JESSICA G. L. CLARKE
                    United States District Judge