AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Intercept Media, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24 Civ. 601 (JGLC) |
| U.S. Air Force, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants .

Date: 02/28/2024

/s/ Peter Aronoff
*Attorney's signature*

Peter Aronoff, NY bar no. 5070669
*Printed name and bar number*

U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

peter.aronoff@usdoj.gov
*E-mail address*

(212) 637-2697
*Telephone number*

(212) 637-2717
*FAX number*