

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

November 27, 2024

**Via ECF**
Honorable Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *Intercept Media, Inc. v. U.S. Air Force, et al.*, 24 Civ. 601 (JGLC)

Dear Judge Clarke:

    This Office represents the U.S. Air Force, U.S. Department of State, U.S. Treasury, and U.S. Navy (collectively, the "government") in the above-referenced case brought by plaintiff Intercept Media, Inc. pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

    On Monday, the parties filed a stipulation and proposed order of settlement and dismissal. *See* ECF No. 33. By its terms, the agreement would resolve this matter and permit the Court to dismiss the action, subject to a limited right to reinstatement embodied in paragraph 4.b.

    Because the settlement is contingent on attorney's fees being paid this calendar year and because the agencies cannot feasibly process payment until the stipulation is ordered by the Court, we respectfully request that the Court so-order the stipulation and proposed order at its earliest convenience.

    The government thanks the Court for its consideration of this matter.

                                              Respectfully submitted,

                                              DAMIAN WILLIAMS
                                              United States Attorney for the
                                              Southern District of New York

                 By:    */s/ Mark Osmond*
                        MARK OSMOND
                        PETER ARONOFF
                        Assistant United States Attorneys
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Tel.: (212) 637-2713 / 2697
                        E-mail: Mark.Osmond@usdoj.gov
                                    Peter.Aronoff@usdoj.gov